```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                      :

ISIAH CLINTON.,                              :

                                         Plaintiff,      :        1:24-cv-03408-GHW

                                                            :

                    -v-                              :        <u>ORDER</u>

                                                            :

CITY OF NEW YORK, *et al.*,       :

                                                            :

                                    Defendants.   :

                                                             :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff is directed to file a letter with the Court regarding the status of this case. Plaintiff is further directed to serve this order on Defendants.

       SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                                                               _____
                                                                              GREGORY H. WOODS
                                                                    United States District Judge