USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024

# NORINSBERG LAW

**MEMORANDUM ENDORSED**

Jon L. Norinsberg
John J. Meehan

Diego O. Barros
Erica M. Meyer

110 East 59th Street
Suite 2300
New York, NY 10022

69-06 Grand Avenue
3rd Floor
Maspeth, NY 11378
erica@norinsberglaw.com

September 23, 2024

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Isiah Clinton v. City of New York, et al.,*
       Dkt. No. 1:24-03408-GHW

Dear Judge Woods:

Our office represents Plaintiff, Isiah Clinton, in the above-referenced matter. We write now jointly with the consent of all parties to respectfully request an adjournment to the scheduled teleconference to discuss Defendants' proposed motion to dismiss (Dkt. No. 10) on September 24, 2024 at 2:00 p.m., in order to allow Plaintiff to file a responsive letter motion. The reason for this request is due to the fact that counsel for Plaintiff has been dealing with some personal health issues, including a hospital visit, which has caused Plaintiff to be unable to timely respond. This is the first request for an adjournment.

Upon the consent of all parties, Plaintiff requests for the teleconference to be rescheduled to October 4, 2024, or another date that is convenient for the court.

We thank the Court for its time and attention to this matter.

Sincerely,

*Erica Meyer*
Erica M. Meyer, Esq.

---

Application granted. Plaintiff's request to adjourn the pre-motion conference scheduled for September 24, 2024 is granted. The conference is adjourned to October 2, 2024 at 4:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: September 23, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge