**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/17/2025

# NORINSBERG LAW

**MEMORANDUM ENDORSED**

Jon L. Norinsberg
John J. Meehan

Arjeta Albani

825 Third Ave
Suite 2100
New York, NY 10022

One World Trade Center
85th Floor
New York, NY 10007
jon@norinsberglaw.com

June 16, 2025

**VIA ECF:**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Isiah Clinton v. City of New York, et al.,*
*Dkt. No. 1:24-03408-GHW*

Dear Judge Woods,

Our office represents Plaintiff, Isiah Clinton, in the above-referenced matter. We write now jointly with the consent of all parties to respectfully request an adjournment of the Initial Conference and to file the Rule 26(f) report. The reason for this request is due to the fact that counsel for Plaintiff is unavailable. Jon L. Norinsberg, Esq., is currently on trial.

Pursuant to the Court Order dated May 24, 2025 (Dkt. 32), all parties are to file a Rule 26(f) report by June 18, 2025, and the Initial Pretrial Conference is scheduled for June 25, 2025 at 4:00pm. Upon consent of all parties, the parties jointly request to adjourn the Initial Pretrial Conference to July 30, 2025 and for the Rule 26(f) reportto be adjourned to July 23, 2025 or any other date that is convenient for the court.

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

Jon L. Norinsberg, Esq.

---

Application granted. The initial pretrial conference scheduled for June 25, 2025 is adjourned to August 15, 2025 at 4:00 p.m. The deadline for the parties to file the joint letter and proposed case management plan outlined in the Court's May 24, 2025 order, Dkt. No. 32, is extended to August 8, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

SO ORDERED.

Dated: June 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

**T** 212.791.5396 | **T** 212.JUSTICE | **F** 212.406.6890 | norinsberglaw.com