

# MEMORANDUM ENDORSED

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BAILEY FORCIER**
*Assistant Corporation Counsel*
phone: (212) 356-5054
fax: (212) 356-3509
bforcier@law.nyc.gov

August 4, 2025

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Isiah Clinton v. City of New York, et al.,
                24 Civ. 03408 (GHW)

Your Honor:

      I represent defendants the City of New York (the "City"), Bipul Barman and Md Shah, and Charles Dever in the above-referenced matter. Defendants write to respectfully request that the August 15, 2025 initial conference be adjourned to a later date convenient to the Court. This is defendants' first such request for an adjournment. The reason for this request is because counsel for defendants is unavailable due to trial preparation. Plaintiff consents to this request.

      By way of background, on May 24, 2025, the Court scheduled an initial conference. (ECF No. 32). On June 16, 2025, plaintiff filed a letter motion to adjourn the initial conference. (ECF No. 33). The Court granted plaintiff's request and, *inter alia,* adjourned the initial conference to August 15, 2025. (ECF No. 34).

      However, counsel for defendants was recently assigned to a week-long trial, with six defendants, beginning on August 18, 2025 in the Eastern District of New York. See Robert Burroughs v. City of New York, et al., (22-CV-4463).

      As such, defendants respectfully request that the August 15, 2025 initial conference, and all corresponding deadlines, be adjourned to a later date convenient to the Court. For the Court's convenience, the parties are available for an initial conference any time on September 4 or September 5.

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *Bailey Forcier*
Bailey Forcier
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **Via ECF**
*All counsel of record*

Application granted. The initial pretrial conference scheduled for August 15, 2025 is adjourned to September 4, 2025 at 2:00 p.m. The deadline for the parties to file the joint letter and proposed case management plan outlined in the Court's May 24, 2025 order, Dkt. No. 32, is extended to August 28, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: August 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2