

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2025

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KATHLEEN D. REILLY**
*Senior Counsel*
Phone: (212) 356-2368
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

October 24, 2025

**BY ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Isiah Clinton v. City of New York, et al.
     24 Civ. 03408 (GHW)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and the attorney for Defendants City of New York ("City"), New York City Police Department ("NYPD") Officer Bipul Barman, Officer Md Shah, and Sergeant Charles Dever (collectively, "Defendants") in the above-referenced matter. Defendants write, pursuant to § II.E. of Your Honor's Individual Rules, to respectfully request an adjournment of the conference currently scheduled on October 31, 2025 at 4:00 p.m., in connection with Defendants' partial motion to dismiss pursuant to FED. R. CIV. P. 12(b)(6). This is the first such request for an adjournment, and plaintiff consents to this request.

  Defendants request an adjournment in light of the fact that the undersigned will be on trial before the Honorable J. Paul Oetken in the Southern District of New York, in the matter of Kwaine Thompson v. City of New York, et al. (22 Civ. 1458) beginning on October 27, 2025. The trial is currently scheduled for five days, and so the trial will conflict with the conference as currently scheduled. To the extent this adjournment request is granted, and in an effort to assist the Court in rescheduling the conference, counsel for the parties have conferred regarding available dates and are currently available on November 6, 2025; November 7, 2025; or November 10, 2025.

  Defendants thank the Court for its time and consideration in this matter.

           Respectfully submitted,

           *Kathleen D. Reilly*
           Kathleen D. Reilly
           Senior Counsel
           Special Federal Litigation Division

Case 1:24-cv-03408-GHW    Document 53    Filed 10/25/25    Page 2 of 2

- 2 -

cc:    **By ECF:** All counsel of record

Application granted.  The conference currently scheduled for October 31, 2025 is adjourned to November 7, 2025 at 3:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.
Dated:  October 25, 2025

_____
GREGORY H. WOODS
United States District Judge

- 2 -