USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ISIAH CLINTON,                                                 :
                                                               :
                                Plaintiff,   :      1:24-cv-3408-GHW
                                                               :
               -v-                                        :          ORDER
                                                               :
CITY OF NEW YORK, *et al.*,                                    :
                                                               :
                             Defendants.   :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on November 7, 2025, Defendants' request for leave to file a motion to dismiss Plaintiff's first amended complaint is granted. Defendants' deadline to file their proposed motion is December 5, 2025. Plaintiffs must file a response no later than January 2, 2026. Defendants' reply, if any, is due January 16, 2026.

      SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                                            GREGORY H. WOODS
                                                     United States District Judge