USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

                    :

ISIAH CLINTON,                :

                    :

                Plaintiff,   :           1:24-cv-3408-GHW

                    :

      -v-             :           <u>ORDER</u>

                    :

CITY OF NEW YORK, *et al.*,   :

                    :

            Defendants.  :

                    :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 30, 2026, Defendant City of New York's partial motion to dismiss is GRANTED. Plaintiff may file an amended complaint to cure the deficiencies identified on the record no later than May 14, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56.

SO ORDERED.

Dated: April 30, 2026
       New York, New York

                                _____
                                  GREGORY H. WOODS
                           United States District Judge